**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | § | | |
| | § | | |
| v. | § | NO: | MO:07-CR-00216 (02) |
| | § | | |
| **RODOLFO OLIVAS HERNANDEZ** | § | | |

## ORDER

Before the Court are the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 362) filed February 11, 2021, and the Government's Response to the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 377) filed April 25, 2021. After considering the applicable factors provided in 18 U.S.C. § 3553(a) and the applicable policy statements issued by the Sentencing Commission, the Court **DENIES** the Defendant's Motion on its merits. Accordingly,

It is **ORDERED** the Defendant's Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A) (Doc. 362) is **DENIED.**

It is so **ORDERED**.

SIGNED this 27th day of April, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE